# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNEILOUS A. WHEELER

NO. 2022 KW 0025

**FEBRUARY 14, 2022**

---

In Re:     Corneilous A. Wheeler, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 08-177417.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT